

**NUMBER 13-10-00481-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ROBERT WEISS,** **APPELLANT,**

**v.**

**BISH ENTERPRISES, LLC,** **APPELLEE.**

---

**On Appeal from the 92nd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Robert Weiss, attempted to perfect an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-789-10-A. Judgment in this cause was signed on May 5, 2010. A motion for new trial was filed on June 4, 2010. Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on August 3, 2010, but was not filed until August 27, 2010.

On August 30, 2010, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant providing a reasonable explanation for the late filing of the notice of appeal.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Delivered and filed the
14th day of October, 2010.

2